UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leanne Lotridge, Patricia Virgel,

        Plaintiffs,                           Civil No. 06-1224 (RHK/JSM)

vs.                                 **DISQUALIFICATION AND**
                                 <u>**ORDER FOR REASSIGNMENT**</u>

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc., Pfizer, Inc.,
Pharmacia & UpJohn Company,

        Defendants.

        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 31, 2006

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge